**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JULIE NEELEY | : | Case No. 1:25-cv-00561 |
| *Plaintiff*, | : | Judge Michael R. Barrett |
| v. | : | |
| ICE INDUSTRIES, INC., et al. | : | |
| *Defendants*. | : | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE UNITED HEALTHCARE SERVICES, INC. IN PLACE OF UNITED HEALTHCARE INSURANCE COMPANY**

This matter is before the Court on Plaintiff's Unopposed Motion to Substitute United Healthcare Services, Inc. in Place of United Healthcare Insurance Company. Having considered the Motion and being otherwise sufficiently advised, the Court finds the Motion well-taken and it is hereby **GRANTED.**

It is therefore ORDERED that United Healthcare Services, Inc. is SUBSTITUTED in place of United Healthcare Insurance Company as the proper party defendant in this action. The Clerk of Court is DIRECTED to amend the docket and case caption accordingly. This case shall proceed as though United Healthcare Services, Inc. had been named as a defendant in the original Complaint.

**IT IS SO ORDERED**

/s/ Michael R. Barrett

**MICHAEL R. BARRETT**
**U.S. DISTRICT JUDGE**